FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 5 2009

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RUDOLF ZIMMERMAN, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>SUNTRUST BANK, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br><br>1:09-cv-2116-RWS |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

1. **Description of Case:**

    (a)  Describe briefly the nature of this action:

    Plaintiff Rudolf Zimmerman is a former employee of Defendant SunTrust Bank. He filed this action for himself and on behalf of others that he alleges to be similarly situated based on violations of the federal overtime law under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"). He seeks back pay, liquidated damages and attorney fees.

    (b)  Summarize, in the space provided below, the facts of this case. The

1

\* \* \* \* \* \* \* \* \* \* \*

Upon review of the information contained in the Joint Preliminary Planning Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above completed form, except as herein modified:

*Discovery is extended through four (4) months following the later of the denial of the request for conditional collective action certification or the close of the opt-in period for putative class members to participate in the collective action.*

IT IS SO ORDERED, this 5th day of Nov, 2009.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

19